IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES B. REED | : |
| v. | : CIVIL ACTION NO. L-00-987 |
| THE PEOPLE IN MY BODY and THE WHITE PEOPLE THAT GET ALL THE MONEY TIL ALL GONE | : |

### MEMORANDUM

On April 5, 2000 plaintiff, a resident of Baltimore, Maryland, filed a *pro se* action pursuant to the Civil Rights Act, seeking unspecified damages and simply listing on his civil cover sheet that white people take all the money. The only additional comment plaintiff makes in his incomplete paperwork is "rape die Dean." Although he indicates that he receives resources from "space," plaintiff appears to be indigent, and thus shall be granted leave to file *in forma pauperis*, pursuant to 28 U.S.C. Section 1915(a).

Under ***Neitzke v. Williams,*** 490 U.S. 319 (1989), a complaint may be dismissed under §1915(e) if it lacks an arguable basis either in law or in fact. ***Id.***, 490 U.S. at 325. Thus this Court has the authority not only to "dismiss a claim based on an indisputably meritless legal theory, but also the...power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless...[including] claims describing fantastic or delusional scenarios...." ***Id*** at 327-28. Clearly the instant action falls within this category of cases.

A separate Order shall be entered reflecting the opinion set forth herein.

4/11/00
(Date)

Benson Everett Legg
United States District Judge