IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES B. REED | : |
| v. | : CIVIL ACTION NO. L-00-987 |
| THE PEOPLE IN MY BODY and THE WHITE PEOPLE THAT GET ALL THE MONEY TIL ALL GONE | : |

## ORDER

In accordance with the foregoing Memorandum, IT IS this 11th day of April, 2000 by this Court hereby **ORDERED**:

1. That plaintiff **IS GRANTED** leave to file *in forma pauperis*, without prepayment of filing fees and costs;

2. That the above-captioned case **IS DISMISSED**, without requiring service of process on defendants;

3. That the Clerk of Court **CLOSE** this case; and

4. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to plaintiff.

_____
Benson Everett Legg
United States District Judge